## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

James L. Orrington, II, DDS, P.C.
                                     Plaintiff,

v.                                                    Case No.: 1:13−cv−08278
                                                      Honorable John W. Darrah

Geri Jones, et al.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2014:

     MINUTE entry before the Honorable John W. Darrah: A notice of voluntary dismissal having been entered by the parties, the civil case is terminated and all pending dates and motions are vacated. No appearance necessary on 1/16/2014. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.